EUGENE N. ROBINSON and others, Respondents, *v.* JOHN NORRIS, Appellant.

*Stock broker — commissions paid on borrowing money for principal — duty of principal as to — loans by broker himself.*

Where a broker, authorized by his principal to borrow money in order to carry stocks for him, renders an account to him, by which it appears that in borrowing money he has been compelled to pay to other persons as commissions sums exceeding the amount allowed by 2 Revised Statutes (5th ed.), 979, for effecting loans, it is the duty of the principal promptly to object to the payment of such commissions, and in case he fail so to do, he cannot, in an action by the broker to recover a balance due to him, insist that such payments were illegal and unauthorized.

Where, however, the broker is himself the lender of the money, he cannot charge a rate of interest beyond that allowed by statute, and the assent of the customer to the payment of such excess of interest, cannot affect the operation of the laws forbidding usury.

· Appeal from a judgment in favor of the plaintiff, entered upon the trial of this action by the court without a jury.

*Thomas Corlett,* for appellant. *John E. Burrill,* for respondents. Opinion by DAVIS, P. J. BRADY and DANIELS, JJ., concurred. Judgment affirmed.